JUNIUS, APPELLANT, *v.* EBERLIN, WARDEN, APPELLEE.

[Cite as *Junius v. Eberlin,* 122 Ohio St.3d 53, 2009-Ohio-2383.]

*Appeal from dismissal of a petition for a writ of habeas corpus – Habeas corpus not available to remedy claim concerning validity of an indictment – Judgment affirmed.*

(No. 2009-0095 ─ Submitted May 19, 2009 ─ Decided May 28, 2009.)

APPEAL from the Court of Appeals for Belmont County,

No. 08 BE 27, 2008-Ohio-6441.

_____

**Per Curiam.**

{¶ 1}  We affirm the judgment of the court of appeals dismissing the petition of appellant, Robert C. Junius Jr., for a writ of habeas corpus to compel his release from prison.  Habeas corpus is not available to remedy claims concerning the validity of an indictment. *State ex rel. Tarr v. Williams*, 112 Ohio St.3d 51, 2006-Ohio-6368, 857 N.E.2d 1225, ¶ 4.  Moreover, Junius's reliance on *State v. Colon*, 118 Ohio St.3d 26, 2008-Ohio-1624, 885 N.E.2d 917 ("*Colon I*"), is misplaced, because our holding in that case "is prospective in nature and applies only to those cases pending on the date *Colon I* was announced." *State v. Colon*, 119 Ohio St.3d 204, 2008-Ohio-3749, 893 N.E.2d 169, ¶ 5.  Insofar as Junius claims that he was denied the effective assistance of counsel, that claim is not cognizable in habeas corpus.  *Casey v. Hudson*, 113 Ohio St.3d 166, 2007-Ohio-1257, 863 N.E.2d 171, ¶ 3.  Finally, Junius had adequate legal remedies to raise his claim of actual innocence.  See *Shie v. Leonard* (1998), 84 Ohio St.3d 160, 161, 702 N.E.2d 419.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Robert C. Junius Jr., pro se.

Richard Cordray, Attorney General, and Samuel Peterson, Assistant Attorney General, for appellee.

_____